ELLIOT ENOKI
United States Attorney
District of Hawaii

LAWRENCE L. TONG
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 25 2001

at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR01 00431 DAE |
| Plaintiff, ) | |
| ) | INDICTMENT |
| vs. ) | |
| ) | 18 U.S.C. § 2252 |
| JED ABREGANA, ) | [Sexual Exploitation |
| ) | of Minors] |
| Defendant. ) | |

INDICTMENT
---

The Grand Jury charges:

On or about August 28, 2001, in Hilo, Hawaii, within the District of Hawaii, JED ABREGANA did knowingly possess matters, namely computer diskettes, which contained visual depictions of minors engaged in sexually explicit conduct, which depictions had been transported in interstate and foreign commerce, and had been produced using materials which had been shipped and transported in interstate and foreign commerce, with said JED ABREGANA knowing that the production of such visual depictions involved the use of minors engaging in sexually explicit conduct and that such visual depictions were of such conduct.

In violation of Title 18, United States Code, section 2252(a)(4).

Dated: Honolulu, Hawaii, October 25, 2001.

A TRUE BILL

/S/
_____
Foreperson, Grand Jury

_____
ELLIOT ENOKI
United States Attorney
District of Hawaii

_____
LAWRENCE L. TONG
Assistant U.S. Attorney

<u>United States v. Jed Abregana</u>
"Indictment"
Cr. No. _____

2